72064-5 (61190603)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:15-cv-00518-EAK-AEP

ROBERT C. NUCCI, an Individual and
XANDERWEE, LLC,

    Plaintiffs,

vs.

BUCHANAN INGERSOLL & ROONEY
PC, a foreign corporation,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

COMES NOW Plaintiffs, Robert C. Nucci and Xanderwee, LLC, and Defendant, Buchanan Ingersoll & Rooney PC, by and through their undersigned counsel, and pursuant to Local Rule 3.08, and hereby give notice to the Court that the parties have reached a **contingent** settlement agreement as to all claims asserted in this action that will result in the case being dismissed with prejudice with both sides bearing their own fees and costs.

The parties are in the process of finalizing a confidential settlement agreement, and request until September 11, 2017 to file the necessary stipulation documents. The parties will be requesting that the Court reserve jurisdiction in order to enforce the terms of the settlement agreement.

CASE NO. 8:15-cv-00518-EAK-AEP

Dated: August 22, 2017

Respectfully submitted,

| | |
|---|---|
| */s/ Adam S. Hall, Esquire* | */s/ Clay H. Coward, Esquire* |
| Adam S. Hall, Esquire | Clay H. Coward, Esquire |
| Florida Bar No. 109983 | Florida Bar No. 379522 |
| adamhall@hlhlawfirm.com | ccoward@wickersmith.com |
| Andrew C. Hall, Esquire | WICKER SMITH O'HARA McCOY |
| Florida Bar No. 111480 | &FORD, P.A. |
| andyhall@hlhlawfirm.com | Post Office Box 2753 |
| Hall, Lamb and Hall, P.A. | Orlando, FL 32802-2753 |
| 2665 South Bayshore Drive, Penthouse 1 | PH:   407-843-3939 |
| Miami, FL 33133 | Fax:  407-649-8118 |
| PH:   305-374-5030 | *Attorneys for Defendant* |
| Fax:  305-374-5033 | |
| *Attorneys for Plaintiffs* | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY the foregoing was filed with the Clerk of Court using the CM/ECF system on August 22, 2017, and the foregoing document is being served this day on all counsel or parties of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

*/s/ Clay H. Coward, Esquire*
Clay H. Coward, Esquire