UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:15-cv-00518-EAK-AEP

ROBERT C. NUCCI, an Individual and
XANDERWEE, LLC,

      Plaintiffs,

vs.

BUCHANAN INGERSOLL & ROONEY PC, a
foreign corporation,

      Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW, Plaintiffs, Robert C. Nucci and Xanderwee, LLC, and Defendant, Buchanan Ingersoll & Rooney PC, by and through their undersigned counsel, and hereby stipulate and agree, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that all claims and defenses brought by the Parties in the above captioned action are hereby dismissed with prejudice, with the Parties to bear their own attorney's fees and costs associated with this action. The Parties request that this Court maintain jurisdiction over this action, until January 31, 2018, in order to enforce the Parties' Settlement Agreement.

Dated: September 15, 2017.

Respectfully submitted,

| | |
|---|---|
| */s/ Adam S. Hall, Esquire* | */s/ Clay H. Coward, Esquire* |
| Adam S. Hall, Esquire | Clay H. Coward, Esquire |
| Florida Bar No. 109983 | Florida Bar No. 379522 |
| adamhall@hlhlawfirm.com | ccoward@wickersmith.com |
| Andrew C. Hall, Esquire | WICKER SMITH O'HARA McCOY |
| Florida Bar No. 111480 |   & FORD, P.A. |
| andyhall@hlhlawfirm.com | Post Office Box 2753 |
| Hall, Lamb and Hall, P.A. | Orlando, FL 32802-2753 |
| 2665 South Bayshore Drive, Penthouse 1 | PH: 407-843-3939 |
| Miami, FL 33133 | Fax: 407-649-8118 |
| PH: 305-374-5030 | *Attorneys for Defendant* |
| Fax: 305-374-5033 | |
| *Attorneys for Plaintiffs* | |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on September 15, 2017, and the foregoing document is being served this day on all counsel or parties of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

      */s/ Clay H. Coward, Esquire*
      Clay H. Coward, Esquire